**Order entered December 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01156-CV

### PETER BEASLEY, Appellant

### V.

### SEABRUM RICHARDSON, ET AL., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13433**

## ORDER

In an order dated November 17, 2015, the Court granted appellant's motion for an extension of time to file an agreed bill of exceptions. We ordered Felicia Pitre, Dallas County Clerk, to file a supplemental clerk's record containing a signed and filed copy of the agreed bill of exceptions. On November 24, 2015, the Court received a supplemental clerk's record containing an unsigned copy of the agreed bill of exceptions. The trial court signed the agreed bill of exceptions on December 8, 2015. Accordingly, we **ORDER** Ms. Pitre to file, by **DECEMBER 29, 2015**, a supplemental clerk's record containing the agreed bill of exceptions signed by the trial court on December 8, 2015.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Pitre and all parties.

/s/     ELIZABETH LANG-MIERS
JUSTICE